# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee ▼

| | |
|---|---|
| Robert Grier, Individually and on behalf of as Surviving Spouse and Next of Kin of Lillie Grier, deceased, and on behalf of the wrongful death beneficiaries of Lillie Grier <br><br> *Plaintiff(s)* <br> v. <br> Everview Group, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-0796 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Everview Group, LLC
Registered Agent: CT Corporation System
300 Montvue Road
Knoxville, TN 37919-5546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lindsay Cordes
Morgan & Morgan Nashville PLLC
810 Broadway, Ste. 105
Nashville, TN 37203
(615) 780-6307
lcordes@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/3/2023                             *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*                            .

☐ I personally served the summons on the individual at *(place)*
                                                                on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                      , a person of suitable age and discretion who resides there,
on *(date)*                     , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                          , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                                on *(date)*                    ; or

☐ I returned the summons unexecuted because                                                  ; or

☐ Other *(specify)*:


My fees are $              for travel and $              for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee ▼

| | |
|---|---|
| Robert Grier, Individually and on behalf of as Surviving Spouse and Next of Kin of Lillie Grier, deceased, and on behalf of the wrongful death beneficiaries of Lillie Grier<br><br>*Plaintiff(s)*<br>v.<br>Foreview Ventures LLC<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-0796 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Foreview Ventures LLC
Registered Agent: A Registered Agent, Inc.
8 The Green, Ste. A
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lindsay Cordes
Morgan & Morgan Nashville PLLC
810 Broadway, Ste. 105
Nashville, TN 37203
(615) 780-6307
lcordes@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/3/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee ▼

| | |
|---|---|
| Robert Grier, Individually and on behalf of as Surviving Spouse and Next of Kin of Lillie Grier, deceased, and on behalf of the wrongful death beneficiaries of Lillie Grier <br><br> *Plaintiff(s)* <br> v. <br> Isaac Moskowitz, Individually, as an Officer and Owner of Cloria Oaks Post Acute and Rehabilitation Center and Plainview Health Care Partners <br><br> *Defendant(s)* | Civil Action No. 3:23-cv-0796 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Isaac Moskowitz, Individually, as an Officer and Owner of Cloria Oaks Post Acute and Rehabilitation Center and Plainvew Health Care Partners
Plainview Health Care Group
23366 Commerce Park, Ste. 102A
Beachwood, OH 44122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lindsay Cordes
Morgan & Morgan Nashville PLLC
810 Broadway, Ste. 105
Nashville, TN 37203
(615) 780-6307
lcordes@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/3/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee ▼

| | |
|---|---|
| Robert Grier, Individually and on behalf of as Surviving Spouse and Next of Kin of Lillie Grier, deceased, and on behalf of the wrongful death beneficiaries of Lillie Grier<br><br>*Plaintiff(s)*<br>v.<br>Palmyra TN Holdco LLC<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-0796 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Palmyra TN Holdco LLC
Registered Agent: Registered Agents, Inc.
116 Agnes Road, Ste. 200
Knoxville, TN 37919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lindsay Cordes
Morgan & Morgan Nashville PLLC
810 Broadway, Ste. 105
Nashville, TN 37203
(615) 780-6307
lcordes@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/3/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee ▼

| | |
|---|---|
| Robert Grier, Individually and on behalf of as Surviving Spouse and Next of Kin of Lillie Grier, deceased, and on behalf of the wrongful death beneficiaries of Lillie Grier<br><br>*Plaintiff(s)*<br>v.<br>Palmyra TN Opco, LLC, d/b/a Cloria Oaks Post Acute and Rehabilitation Center<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-0796 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Palmyra TN Opco, LLC, d/b/a Cloria Oaks Post Acute and Rehabilitation Center
Registered Agent: Registered Agents, Inc.
116 Agnes Road, Ste. 200
Knoxville, TN 37919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lindsay Cordes
Morgan & Morgan Nashville PLLC
810 Broadway, Ste. 105
Nashville, TN 37203
(615) 780-6307
lcordes@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/3/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
для the
Middle District of Tennessee ▼

| | |
|---|---|
| Robert Grier, Individually and on behalf of as Surviving Spouse and Next of Kin of Lillie Grier, deceased, and on behalf of the wrongful death beneficiaries of Lillie Grier<br><br>*Plaintiff(s)*<br>v.<br>Plainview Health Care Partners LLC d/b/a Plainview Health Care Partners<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-0796 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Plainview Health Care Partners LLC d/b/a Plainview Health Care Partners
Registered Agent: VCorp Services, LLC
15439 Old Hickory Boulevard
Nashville, TN 37211-6272

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lindsay Cordes
Morgan & Morgan Nashville PLLC
810 Broadway, Ste. 105
Nashville, TN 37203
(615) 780-6307
lcordes@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/3/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: