# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ROBERT GRIER, Individually and on behalf of as Surviving Spouse and Next of Kin of LILLIE GRIER, deceased, and on behalf of the wrongful death beneficiaries of LILLIE GRIER, <br><br> Plaintiff, <br><br> v. <br><br> PALMYRA TN OPCO, LLC, d/b/a CLORIA OAKS POST ACUTE AND REHABILITATION CENTER; PALMYRA TN HOLDCO, LLC; EVERVIEW GROUP, LLC; PLAINVIEW HEALTH CARE PARTNERS LLC d/b/a PLAINVIEW HEALTH CARE PARTNERS; ISAAC MOSKOWITZ, Individually, as an Officer and Owner of CLORIA OAKS POST ACUTE AND REHABILITATION CENTER and PLAINVIEW HEALTH CARE PARTNERS. <br><br> Defendants. | Docket No. 3:23-CV-00796 <br> **JURY OF 12 DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Comes now the parties jointly, pursuant to Rule 41(a)(1)(A)(ii), by and through counsel, and stipulate to the dismissal of this action, in its entirety, with prejudice. This stipulation is sought by Plaintiff and Defendants joint for the purposes of giving consent as required by rule.

Respectfully submitted this 4th day of February, 2025.

s/David Dufour, Jr.
David DuFour, Jr. (KY Bar No. 91988)
Morgan & Morgan
209 E. Main Street, Suite 400
Louisville, Kentucky 40202
Telephone: (502) 912-5919
ddufour@forthepeople.com
Attorney for Plaintiff




s/Jason H. Long
Jason H. Long (BPR No. 018088)
LEWIS THOMASON, PC
900 S. Gay Street, Suite 300
Knoxville, Tennessee 37902
Telephone: (865) 546-4646
jlong@lewisthomason.com
Attorney for Defendants